**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

Anna James, individually and on behalf ) 
of all others similarly situated, ) 
                                 ) 
            Plaintiff, ) 
                                 ) 
vs. )     Case No.: 1:26-cv-00169 
                                 ) 
Volvo Group North America, ) 
                                 ) 
            Defendant. ) 
                                 ) 

## ORDER GRANTING JOINT MOTION TO STAY CASE

**THIS MATTER** is before the Court upon the Parties' Joint Motion to Stay Case.

Having considered the Motion and for good cause shown, it is **ORDERED** that:

1. The initial pretrial conference **SHALL** be rescheduled now for a date convenient

   to the Magistrate Judge in July 2026, or as soon thereafter as is feasible, and the

   parties **SHALL** be ready for that conference if the case does not settle;

2. The motion, Doc. 12, is otherwise **GRANTED** and the case, including all

   deadlines, are stayed for 60 days.

3. The Court expects the parties to engage in informal discovery during the stay so

   that the case will move along expeditiously should settlement negotiations be

   unsuccessful.

This the 30th day of April, 2026.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE